EL PUEBLO, APELADO, *v.* ESCOBAR, APELANTE.

Corte de Distrito de Ponce.

No. 1838.—Resuelto febrero 14, 1922.

En este caso en que el acusado fué declarado culpable de acometimiento y agresión grave por haber agredido a una mujer, fué condenado a pagar $100 de multa y en defecto de pago a un día de cárcel por cada dollar que deje de satisfacer, no excediendo la prisión de 90 días. No exis-

tiendo en los autos prueba de que el acusado fuera un varón adulto como se alegó, se modificó la sentencia condenándolo a pagar $50 de multa y en defecto de pago a sufrir un día de cárcel por cada dollar que deje de satisfacer. 25 D. P. R. 629. El Juez Presidente Sr. del Toro, emitió la opinión del tribunal.